UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**MICHAEL HARTLEY,**

    Plaintiff,

vs.

**COMMISSIONER of Social Security,**

    Defendant.

Case No. 1:13-cv-02247-MC

ORDER

    Attorneys' fees in the amount of $16,108.50 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the § 406(b) check, the agency is directed to subtract the amount of the EAJA fee previously received by the attorney for the disability merits litigation, and to send to Plaintiff's attorney the balance of **$7,158.50,** minus any user fee. Any amount withheld after all administrative and court attorneys fees are paid should be released to the claimant.

    DATED this  11  day of  Feb  , 2016.



                                                    Michael J. McShane
                                          United States District Judge

ORDER - Page 1